# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SANDERS,<br><br>        Petitioner,<br><br>        v.<br><br>FELIX VASQUEZ, Warden,<br><br>        Respondent. | Case No. CV 16-3173 SJO (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**FRCP 41** |

      This is a habeas action involving a state prisoner. Petitioner challenges his conviction for attempted murder. The assigned magistrate judge (Wilner, M.J.) recently issued a report and recommendation to deny the petition under 28 U.S.C. § 2254. (Docket # 42.)

      Before submitting objections to the report, Petitioner "pleaded guilty to a lesser charge" in ongoing state court proceedings. He "was released from state prison" recently, and "no longer needs or wishes to pursue his federal habeas petition." (Docket # 45 at 3-4.) On that basis, Petitioner and his lawyer submitted a request to "withdraw" the habeas action.

The Court construes this as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). The request is GRANTED. The action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 7, 2019.

_____
HON. S. JAMES OTERO
SENIOR U.S. DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE